UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN EMMETT FITZPATRICK,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | No. 2:17-cv-2713 AC P<br><br><br>ORDER |

By order filed January 3, 2018, petitioner was ordered to file a completed in forma pauperis application or pay the required filing fee and was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 7. The thirty day period has now expired, and petitioner has not filed an application to proceed in forma pauperis, paid the filing fee, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of service of this order, petitioner shall submit a completed application to proceed in forma pauperis or the appropriate filing fee. Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: February 14, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE